No. D–212. IN RE DISBARMENT OF GROSS. Disbarment entered. [For earlier order herein, see 449 U. S. 1007.]

No. D–219. IN RE DISBARMENT OF ROSPOND. It is ordered that Robert P. Rospond, of Andover, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–220. IN RE DISBARMENT OF OSTROFF. It is ordered that Geoffrey Ostroff, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–221. IN RE DISBARMENT OF LEIGHTON. It is ordered that Elliott Leighton, of Santa Rosa, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–222. IN RE DISBARMENT OF STRICKLAND. It is ordered that Maurice R. Strickland, of East Orange, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–224. IN RE DISBARMENT OF KLAUBER. It is ordered that Gerald Ney Klauber, of Towson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.